

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR1818-JM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER GRANTING THE GOVERNMENT'S |
| LORENZO ANTONIO ANAYA-PEREZ, | ) | MOTION TO DISMISS |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the Indictment in criminal case number 07CR1818-JM be dismissed, without prejudice, as to defendant Lorenzo Antonio Anaya-Perez.

DATED: 1-25-08

HONORABLE NITA L. STORMES
United States Magistrate Judge